[No. 20050–0–I. Division One. August 12, 1987.]

FRANK AKIYOSHI, ET AL, *Appellants,* v. SEATTLE–FIRST
NATIONAL BANK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–15670–1, James J. Dore, J., entered April
18, 1986. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Swanson, J., and Revelle, J. Pro Tem.

[No. 17622–6–I. Division One. August 12, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. MICHAEL
FRANCIS CONNORS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–02911–5, Gerald L. Knight, J., entered
November 18, 1985. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Webster and Pekelis, JJ.

[No. 17572–6–I. Division One. August 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
DICKINSON MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–01674–9, James A. Noe, J., entered
November 8, 1985. *Dismissed* by unpublished per curiam
opinion.